UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re:<br><br>ALI ANVARI MAJD<br>SSN: XXX-XX-5351<br><br>Debtor. | ) | Bankruptcy No. 12-15764-HRT<br>Chapter 7 |
| SAEED FAKHIMALIZAD and<br>MILE HIGH AUTOMOBILES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ALI ANVARI MAJD<br><br>Defendant. | ) | Adversary Proceeding No. 13- 01237-HRT |

**ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANT ALI ANVARI MAJD**

This matter comes before the Court on the Plaintiff's Motion for Entry of Default Judgment Against Defendant Ali Anvari Majd, pursuant to Fed. R. Bankr. P. 7055 and Local Bankruptcy Rule 7055-1 (the "Motion"). The Court finds that the Defendant has been properly served with the Complaint and has failed to file an Answer or otherwise plead and that the good cause exists to grant Plaintiffs the relief requested in the Complaint, it is therefore

ORDERED

1. That default judgment is hereby entered in favor of Plaintiffs and against Defendant, Ali Anvari Majd in the above-captioned adversary proceeding;

2. That the claim against Majd's bankruptcy estate for the Judgment Debt in the amounts of $393,725.15 and $17,226.92 held by Saeed Fakhimalizad is non-dischargeable pursuant to 11 U.S.C. §§523(a)(2)(A), (a)(4) and (a)(6).

3. That the claim against Majd's bankruptcy estate for the Judgment Debt in the amount of $42,075.00 held by Mile High Automobiles, LLC is non-dischargeable pursuant to 11 U.S.C. §§523(a)(2)(A), (a)(4) and (a)(6).

4. A separate Judgment shall enter for the relief granted herein.

DATED: July 30, 2013.

BY THE COURT:

Howard Tallman

Howard R. Tallman
United States Bankruptcy Judge