UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ALI ANVARI MAJD<br>SSN: XXX-XX-5351 | ) | Bankruptcy No. 12-15764-HRT<br>Chapter 7 |
| | ) | |
| Debtor. | ) | |
| ______________________________ | ) | |
| | ) | |
| SAEED FAKHIMALIZAD and<br>MILE HIGH AUTOMOBILES, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | Adversary Proceeding No. 13- 01237-HRT |
| | ) | |
| v. | ) | |
| | ) | |
| ALI ANVARI MAJD | ) | |
| | ) | |
| Defendant. | ) | |
| ______________________________ | ) | |

**JUDGMENT**

The above-captioned matter comes before the Court for consideration of entry of Judgment on the Plaintiffs' Complaint against the Defendant in Adversary Proceeding No. 13-01237-HRT, in accordance with the Order issued in this Adversary Proceeding, concurrently herewith,

IT IS ORDERED AND ADJUDGED that:

1. Judgment is hereby entered in favor of the Plaintiffs and against Defendant, Ali Anvari Majd;

2. The relief requested in the Plaintiffs' Complaint is GRANTED; and

3. That the claim against Majd's bankruptcy estate for the Judgment Debt in the amounts of $393,725.15 and $17,226.92 held by Saeed Fakhimalizad is non-dischargeable pursuant to 11 U.S.C. §§523(a)(2)(A), (a)(4) and (a)(6).

4. That the claim against Majd's bankruptcy estate for the Judgment Debt in the amount of $42,075.00 held by Mile High Automobiles, LLC is non-dischargeable pursuant to 11 U.S.C. §§523(a)(2)(A), (a)(4) and (a)(6).

DATED: July 30, 2013.

FOR THE COURT:
Kelly J. Sweeny, Clerk
By: /s/ Tom Lane

APPROVED AND ACCEPTED:

By: Howard Tallman

Howard R. Tallman
United States Bankruptcy Judge